1130

No. 98–830. AMOCO PRODUCTION CO., ON BEHALF OF ITSELF AND THE CLASS IT REPRESENTS *v.* SOUTHERN UTE INDIAN TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1118.] The order granting the petition for writ of certiorari is amended to read as follows:

Certiorari granted limited to the following question: "Whether, in reserving to the United States 'coal' in lands patented under the 1909 and 1910 Coal Land Acts, 30 U. S. C. §§ 81, 83–85, while passing the surface land and all other minerals (including natural gas) to the patentee, Congress reserved only the solid rock fuel commonly known as 'coal,' but not natural gas in coal formations?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 5, 1999. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 2, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 16, 1999. This Court's Rule 29.2 does not apply. JUSTICE BREYER took no part in the consideration or decision of this petition.

FEBRUARY 1, 1999

No. 98–7792 (A–618). FRY *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, addressed to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 3, 1999

No. 98–7965 (A–644). IN RE GERLAUGH. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.